```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

GLENN ROY CASSIS,

                Plaintiff,

vs.                          Case No. 2:06-cv-154-FtM-29DNF

T.M. AUSTIN, Classification Officer;
MOORE HAVEN CORRECTIONAL FACILITY,

                Defendants.
_____

## ORDER

This matter comes before the Court on Plaintiff's Notice of Appeal (Doc. #11), filed May 15, 2006. Pursuant to Fed. R. App. P. 24(a)(3), "[a] party who was permitted to proceed <u>in forma pauperis</u> in the district-court action, [ ], may proceed on appeal <u>in forma pauperis</u> without further authorization, unless the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed <u>in forma pauperis</u>." On April 19, 2006, judgment was entered pursuant to the Court Order dated April 18, 2006 denying Plaintiff <u>in forma pauperis</u> status and dismissing this action without prejudice (Doc. #7) finding that plaintiff was barred from filing this action by the three strikes provision. 28 U.S.C. §1915(g). Upon review, the Court finds that the appeal is not taken in good faith, and certifies that the appeal is not in good faith.

Consequently, Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case. As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of **twenty (20%) percent** of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees of $455.00 are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be returned to the penal institution.

Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

Accordingly, it is now

**ORDERED**:

1. The Court certifies that the appeal is not taken in good faith.

2. Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case.

3. The Clerk shall mail a copy of this Order to the Administrator of the Inmate Trust Fund Account where Plaintiff is currently incarcerated.

**DONE AND ORDERED** in Fort Myers, Florida, on this __18th__ day of May, 2006.

                                                              _/s/ John E. Steele_
                                                              JOHN E. STEELE
                                                              United States District Judge


SA:   hmk
Copies: All Parties of Record